UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN CRANTON, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>GROSSMONT HOSPITAL CORPORATION, a California Corporation; and DOES 1 through 50, inclusive,<br><br>                                  Defendants. | Case No.: 22-CV-443 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND FROM JUNE 2, 2022 TO JULY 7, 2022 AND TAKING MOTION TO REMAND UNDER SUBMISSION ON THE PAPERS WITHOUT ORAL ARGUMENT PURSUANT TO CIVIL LOCAL RULE 7.1(d)(1)**<br><br>(ECF No. 12) |

Presently before the Court is the Parties' Joint Motion to Continue the Hearing Date on Plaintiff's Motion to Remand ("Mot. to Remand," ECF No. 12) from June 2, 2022 to July 7, 2022 ("Joint Mot.," ECF No. 14). Good cause appearing, the Court **GRANTS** the Joint Motion and **CONTINUES** the hearing date for the Motion to Remand to July 7, 2022. The Parties **SHALL COMPLY** with the default briefing schedule set forth in Civil Local Rule 7.1(e). Upon completion of the briefing, the Court **TAKES UNDER SUBMISSION**

/ / /

/ / /

the Motion to Remand and will decide it on the papers without oral argument in accordance with Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: May 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge